UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 APR 13 P 2: 33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

WADE H. STANLEY,

    Plaintiff,

v.                                  Case No. 3:03-cv-1050-J-20HTS

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER**

Before the Court is AMSEC LLC's Emergency Motion to Quash Subpoena Ad Testificandum (Doc. No. 88, filed April 12, 2006). Since Plaintiff rested his case in the trial of this cause without calling this witness, the motion is **MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of April, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
G. J. Rod Sullivan, Jr., Esq.
John H. DeYampert, Jr., Esq.
Amy R. Harrison, Esq.